Vincent GOSSELIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41485.

Missouri Court of Appeals,
Western District.

Aug. 22, 1989.

Kimberly D. Tyler, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., John Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).